UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-11** |
| **STEVEN HARDRICK** | **SECTION: "S" (5)** |

ORDER AND REASONS

Before the court is defendant's **Motion for Appointment of Counsel** (Rec. Doc. 42) to assist him in the preparation of his 28 U.S.C. § 2255 motion.

There is no general constitutional right to appointed counsel in post-conviction proceedings. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987). The appointment of counsel is required only if an evidentiary hearing is held. United States v. Vasquez, 7 F.3d 81, 83 (5th Cir. 1993). An appointment may be made at the court's discretion, under 18 U.S.C. § 3006A(2)(b) for indigent individuals seeking relief under 28 U.S.C. §§ 2241, 2254, or 2255 when "the interests of justice so require." Having reviewed the record in this matter, the court finds that the interests of justice do not require the appointment of counsel.

The court also notes that defendant has requested § 2255 forms be provided to him. Defendant's original completed forms were transferred from the Fifth Circuit, and are now before the court. Rec. Doc. 39. The court has ordered a response from the government due by December 31, 2020, and defendant's next deadline is his response memorandum due 30 days after filing of the government response. Accordingly,

**IT IS HEREBY ORDERED** that defendant's **Motion for Appointment of Counsel**

(Rec. Doc. 42) is **DENIED**.

New Orleans, Louisiana, this __9th__ day of December, 2020.

                                               **MARY ANN VIAL LEMMON**
                                               **UNITED STATES DISTRICT JUDGE**